## Parties

1. Plaintiff, Patricia A. Davidson is a Natural person and consumer as defined by 15 U.S.C 1681a(c), residing in Fortworth, Texas at address 805 Heights Drive Apt F.

2. Texan Credit Corporation is a corporation organized and existing under the laws of Texas, with its principal place of business at 357 Jacob St, Timpson, TX 75975.

3. Texan Credit Corporation provides consumer Financial products including personal Loans to residents of Texas. Texan Credit is registered with the Texas Secretary of State and its Registered agent is Stacy Pledger 357 Jacob St, Timpson, TX 75975.

4. Texan Credit Corporation acts as a "Furnisher" of information to Consumer Reporting Agencies as defined by the Fair Credit Reporting Act(FCRA), 15 U.S.C § 1681s-2.

5. As a Furnisher of information, Texan Credit Corporation is required to ensure the Accuracy and integrity of the information it provides to the Consumer Reporting Agency.

## Jurisdiction and Venue

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this Action arises under the Fair Credit Reporting Act 15 U.S.C §  1681 et seq.

7. This Court has personal Jurisdiction over the defendant because the defendant conduct Business within the State of Texas and/ or the claims asserted herein arise out of Defendant's activities in the State of Texas.

8. Venue is proper in this Judicial district pursuant to 28 U.S.C § 1391(b)(1) and (2) because Substantial part of events or omissions giving rise to the claim occurred in this district and /or the defendant resides in this district.

## Factual Allegations

9. Plaintiff had an account with Texan Credit Corporation, which was reported to the Consumer reporting agency. Texan Credit reported inaccurate information.

10. On or about February 10, 2024, Defendant receives a letter in the mail from Plaintiff Stating she has a balance remaining of 1464.65 with an account ending in 3875. See Exhibit A

11. On March 13, 2024, a Consumer Report About Plaintiff was generated and Maintained by Equifax, a consumer reporting agency as defined by 15 U.S.C § 1681 (a)(f). Exhibit B

12. In the Report Plaintiff observed a different balance reporting March 01, 2024, in the Amount of 1400 from Defendant Texan Credit Corporation.  Exhibit C

13. Plaintiff Maintained her consumer report from Equifax for 02/01/2024 and discovered A different amount was reported from defendants Texan Credit Corporation in the Amount of 1,1015 and past due amount of 1400.

14. Plaintiff maintained her credit report from Transunion and observed a different amount Reported in the amount of 1499. See Exhibit E

## Fair Credit Reporting Act
## 15 U.S.C 1681

Under 15 U.S.C §  1681s–2(a) this section imposes duties on furnishes of information And prohibits the reporting of information with knowledge of errors. 15 U.S.C §1681s-2(b) this section requires furnishers to investigate disputes forwarded by consumer Reporting agencies and correct any inaccuracies found during such investigations. 15 U.S.C § 1681p this provision outlines the statute of limitations for bringing an action Under the FCRA. 15 U.S.C § 1681(n) and 1681(o) these sections provide for civil liability For willful and negligent noncompliance, respectively allowing for the recovery of Damages and cost, and potentially punitive damages.

## Factual Allegations cont'd

15. March 19, 2024, at 5:24 p.m. Plaintiff makes a phone call to defendant Texan Credit Corporation to try and retrieve installment agreement and also to get accurate The amount that is owed. Plaintiff records a conversation with Defendant. See Exhibit F, G

16. March 25, 2024 Plaintiff sent letters to Equifax and Transunion to request a Investigation of the wrong amount being reported. See  Exhibit H, I, J

17. April 02, 2024, Equifax starts investigation. See Exhibit K

18. April 8, 2024, at 10:46 Plaintiff goes to Defendant's location 2901 Alta Mere Dr

Ste 400 to request a copy of the installment agreement. The plaintiff records the Conversation. Defendants Refused to give installment agreement to Plaintiff instead Provided a paper stating a balance of 1350 and a payoff of 1525. See Exhibit L,M,N

19. April 9, 2024, Plaintiff receives email alert from Equifax that Plaintiff changed balance In the account from 1400 to 1350 with account ending in 3875-2. Exhibit O, P

20. On April 9, 2024, Plaintiff received email alert from Transunion that Defendant Texan Credit Corporation deleted account.

## **Allegedly Accusations**

21. Plaintiff believes Defendant Texan Credit Corporation Submitted the amount to Equifax April 9, 2024, to corroborate with a paper given to Defendant April 8, 2024 Which is a violation of 15 U.S.C. 1681(o).

## **Factual Allegations cont'd**

22. The plaintiff filed a complaint with the Consumer Financial Protection Bureau to Request loan agreement. Exhibit Q

23. April 15, 2024, responded without providing an installment agreement. Exhibit R

24. Plaintiff receives updated Credit Report from Equifax, Plaintiff observed that The defendant didnt mark the account as disputed as Required. *Gorman v Wolfpoff LLP(584 F.3d 1147, 9th Cir. 2009) : The court held that the furnisher must Investigate and mark the account as disputed if the consumer disputes the Information. Exhibit Q*

25. *April 21, 2024 Plaintiff  applied for a car loan received email notifications that she Was denied. Plaintiff got worried and upon discover Defendant had reported an Updated payment history from 2023 that caused the plaintiff's score to drop. See R, S*

26. *Defendant still didnt provide a loan agreement and violated Plaintiff's consumer rights.*

*27.* April 21, 2024 Plaintiff Applied for car Loan and received Denied due to low credit

## *Violations of the FCRA*

25. Texan Credit Corporations Violated sections 1681n and 1681o of the FCRA three
Times By willfully and negligently failing to comply with the requirements imposed
On Furnishers of information under 15 U.S.C  § 1681s-2(b).

### Damages

26. Plaintiff seeks 20,000 compensatory damages for emotional distress.

27.  Plaintiff seek 20,000 for emotional Pain and Mental Anguish

28.  Plaintiff seek 20,000  for Punitive damages

### *Relief*

29. An order compelling Defendant to correct any inaccuracies in Plaintiff
Credit Report, and cease any actions causing ongoing harm.

30. An order requiring Defendants to implement adequate procedures and
Safeguards to prevent future occurrences of similar misconduct.

31. An order prohibiting Defendants from engaging in any deceptive, Unfair, or
Unlawful business practices that harm consumers

Patricia A. Davidson

Patricia_Davidson@yahoo.com
Cell 903-471-4839
Alt 682-417-1011



**TEXAN CREDIT CORP.**

February 6, 2024



T42 P2 **AUTO**ALL FOR AADC 760 165752-1-1-1 - 11981

|||||||ıı|||ılı|ıı|||||ı|ıı|ı|ılı||ılı||ıı||ıııı|ı|ılıı


Patricia Davidson
805 Heights Dr Apt F
Ft Worth, TX  76112-9429

RE: Account Number 3875 with Texan Credit Corporation

Dear Patricia Davidson:

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. Texan Credit Corporation understands your non-payment to date may be an oversight.

As of today's date, the amount due on the account referenced above is $1,464.65. Since we wish to encourage the resolution of your account, Texan Credit Corporation would like to make a one-time offer to settle this debt for 75% of the total amount owed, which would be $1,098.49, if paid by April 30th, 2024, we will consider your account paid in full and in good standing.

Please direct all payments to:
**Texan Credit Corporation**
**P.O Box 130**
**Timpson, Texas 75975-0130**

Please make a notation of your account number or include this letter with your payment, so that your account can be properly credited. If $1,098.49 is not paid by April 30th, 2024, then the full balance of $1,464.65 will be due and owing on your account.

I appreciate your courtesies and look forward to hearing from you.

Yours very truly,

*Sean Baumgartner*
Sean Baumgartner
**President**

If the above referenced account is included in a bankruptcy, please disregard this notice and have the account holder or their attorney contact our office so we can mark the account accordingly. Texan Credit fully complies with all bankruptcy stays. If this was received in error, please contact our office.



**EQUIFAX**

CREDIT FILE : March 13, 2024

Confirmation # 4073566461

Dear PATRICIA A DAVIDSON:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly.  Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

**equifax.com/personal/disputes**

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

**Equifax Information Services LLC**
**P.O. Box 740241**
**Atlanta, GA 30374**

***NOTE:  Sending the Research Request Form to any other address will delay the processing of your request.***
Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**Under the FACT Act, you have the right to request and obtain a copy of your credit score.  To obtain a copy of your credit score, please call our automated ordering system at: *1-877-SCORE-11*.**

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329.

 *my* Equifax™　　　 25

**Sold To**

## Balance and Amounts

| | |
|---|---|
| **Balance** | $1,400 |
| **Credit Limit** | |
| **High Credit** | $900 |
| **Available Credit** | |

## Account Dates

| | |
|---|---|
| **Date Opened** | Feb 17, 2023 |
| **Date Reported** | Mar 01, 2024 |
| **Date of Last Activity** | |
| **Date of First Delinquency** | Apr 2023 |

## Comments and Contact

CHARGED OFF ACCOUNT

For questions regarding this account please contact:

**TCC FORT WORTH SOUTH**

2901 ALTA MERE DR

FORT WORTH, TX 76116-4100

(817) 920-1483







Exhibit 7

**Historical Account Information**

**TCC FORT WORTH SOUTH   2901 ALTA MERE DR FORT WORTH TX 761164100 : 8179201483**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Months Rev | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9704 | 02/17/2023 | $900 | | 10 Months | Monthly | 04/2023 | | 08/2023 | 11 | | | | | |

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 12/23 $4,091 | $26 | | 07/01/2020 | | | | Education Loan | | |
| 01/23 $4,070 | | | 07/01/2020 | $3,500 | | $0 | Education Loan | | |
| 2/23 $4,046 | | | 07/01/2020 | $3,500 | | $0 | Education Loan | | |
| $4,023 | $30 | | 07/01/2020 | $3,500 | | | Education Loan | | |
| 1/22 $4,000 | $30 | | 07/01/2020 | $3,500 | | $0 | Education Loan | | |
| 10/22 $3,978 | | | 07/01/2020 | $3,500 | | $0 | Education Loan | | |
| 9/22 $3,956 | | | 07/01/2020 | $3,500 | | $0 | Education Loan | | |
| 8/22 $3,934 | $25 | | 07/01/2020 | $3,500 | | $0 | Education Loan | | |
| 7/22 $3,911 | | | 07/01/2020 | $3,500 | | | Education Loan | | |
| $3,890 | | | 07/01/2020 | $3,500 | | | Education Loan | | |
| 5/22 $3,868 | $25 | | 07/01/2020 | $3,500 | | | Education Loan | | |
| 4/22 $3,845 | $25 | | 07/01/2020 | $3,500 | | | Education Loan | | |
| 03/22 | | | | | $3,500 | | | | |

Status - Charge Off. Type of Account - Installment; Type of Loan - Note Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;

**Account History with Status Codes**

| Date of Last Reported Update | Balance Amount | Amount Past Due |
|---|---|---|
| 02/01/2024 | $1,400 | $1,015 |

| | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | 3 | 2 | 1 |

March 2024

*Exhibit E*

# Overview

You have **100%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $1499 | $900 |
| Monthly payment | $0 |
| Opened | Feb. 17, 2023 (1 yr, 1 mo) |
| Term | 10 months |

## Payment History

| | |
|---|---|
| Last payment | No Info |
| Current Payment Status | In Collections/Charge-off |
| Worst Payment Status | No Info |

## Account Details

*Transunion*

Exhibit A

March 19
5:24 PM

# Transcript 1

**S1:** How can I help you?

**S2:** Hello, yourself. I was calling, I have a very old account and I was trying to get the balance on it. I received--

**S1:** Hang on one second, I'm sorry. What's the phone number to be--?

# Transcript 2

**S2:** 903-471-4849.

**S1:** Patricia Davidson?

**S2:** Right.

**S1:** As of today, it's $1,511.92.

**S2:** So that's the pay off amount?

**S1:** Yes.

**S2:** Okay. And let me write this down. You said the payoff amount, it's how much--

**S1:** $1,511.92.

**S2:** Do you mind--? Because I got a crazy schedule. Do you mind mailing me that?

**S1:** I can't mail anything, because that's changing daily with the interest.

**S2:** So, is it still growing interest even though it's a closed account?

**S1:** No, it's already charged off. It's written off. That's it. That means that's the total.

**S2:** Okay, so it wrote off at $1,511.

**S1:** Right.

**S2:** Okay. And what's your name?

**S1:** Rebecca.

**S2:** Okay, Rebecca. Thank you.

**S1:** Okay, you're welcome. Bye-bye.

*exhiBit 6*

**Page 1 of 1**

**exhibit #**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Atlanta, GA 30374

| Certified Mail Fee | $4.40 | | 0039 |
|---|---|---|---|
| | | $0.00 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.68 | | |
| $ | | | 03/25/2024 |
| Total Postage and Fees | | | |
| $5.08 | | | |
| Sent To | | | |
| Street and Apt. No., or PO Box No. | | | |
| City, State, ZIP+4® | | | |

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Chester, PA 19016

| Certified Mail Fee | $4.40 | | 0039 |
|---|---|---|---|
| $ | | $0.00 | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.68 | | |
| $ | | | 03/25/2024 |
| Total Postage and Fees | | | |
| $5.08 | | | |
| Sent To | | | |
| Street and Apt. No., or PO Box No. | | | |
| City, State, ZIP+4® | | | |

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**Exhibit**

**I**

Patricia Davidson
805 heights drive apt F
Fort Worth, Texas 76112
Date of Birth: 04/24/1986
SS#: 7299

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

03/20/2024

Re: Request to Remove Inaccurate Credit Information

To Whom It May Concern:

Upon reviewing my credit report, I have identified certain item(s) that are not accurate and require correction:

1. The wrong amount is being reported
   TCC FORT WORTH SOUTH
   Account Number: 191900*******************
   Please ensure that all information is accurate

In accordance with the Fair Credit Reporting Act, I hereby request an investigation into these items and their removal from my credit report. It is my understanding that you will verify these items with the corresponding creditor. Any information that the creditor cannot confirm should be promptly deleted. I am aware that, as stated in 15 U.S.C. Sec. 1681i(a), you are obliged to complete this reinvestigation within 30 days of receiving this letter.

Please provide me with an updated copy of my credit report, free of charge as required by the act. Additionally, I kindly request that you notify any entities who have received my credit report in the past six months about the necessary corrections.

Thank you for your attention and assistance in resolving this matter.

Yours sincerely,

*Patricia Davidson*

Patricia Davidson

Sent Certified March 25, 2024

Patricia Davidson
805 heights drive apt F
Fort Worth, Texas 76112
Date of Birth: 04/24/1986
SS#: 7299

TransUnion LLC Consumer Dispute Center
PO Box 2000
Chester, PA 19016

03/20/2024

Re: Request to Remove Inaccurate Credit Information

To Whom It May Concern:

Upon reviewing my credit report, I have identified certain item(s) that are not accurate and require correction:

1. The wrong amount is being reported
   TCC FORT WORTH SOUTH
   Account Number: 919000****************
   Please ensure that all information is accurate


In accordance with the Fair Credit Reporting Act, I hereby request an investigation into these items and their removal from my credit report. It is my understanding that you will verify these items with the corresponding creditor. Any information that the creditor cannot confirm should be promptly deleted. I am aware that, as stated in 15 U.S.C. Sec. 1681i(a), you are obliged to complete this reinvestigation within 30 days of receiving this letter.

Please provide me with an updated copy of my credit report, free of charge as required by the act. Additionally, I kindly request that you notify any entities who have received my credit report in the past six months about the necessary corrections.

Thank you for your attention and assistance in resolving this matter.

Yours sincerely,

Patricia Davidson

Patricia Davidson

Exhibit 1

Confirmation number: **4095531160**



**Completed**
**04/09/2024**



**Under investigation**

**Submitted**
**04/02/2024**

exhibit



# Texan Credit Corp. 051

Note Details

| | | |
|---|---|---|
| Acct. Number: 3875-2 | DAVIDSON,PATRICIA | Transaction Date: 04/08/2024 |
| Loan Number: 20704-2 | 805 HEIGHTS DR APT F | Date Made: 02/17/2023 |
| Loan Type: 1 | Ft Worth, TX 76112 | WRITE OFF |
| Loan Law : 2 | Phone: | |

| | | | |
|---|---|---|---|
| Cash to Borr: $119.27 | Prepaids: $0.00 | First Payment: $135.00 | Balance: $1,350.00 |
| First Due: 03/17/2023 | Amount Financed: $900.00 | Periodic Payment: $135.00 | Other Charges: $175.23 |
| Matures: 12/17/2023 | Loan Charges: $450.00 | Final Payment: $135.00 | Refund: $0.00 |
| Frequency: M | Total Note: $1,350.00 | Next Due: 03/17/2023 | Payoff: $1,525.23 |
| Num. Payments: 10 | APR: 97.73/0.00 | Up to Date: $1,525.23 | Renew: ($625.23)/($625.23) |

## Loan Charges

| Charge Type | Amount | Ref. Type | Refund |
|---|---|---|---|
| Acquisition | 90.00 | 0 | 0.00 |
| I.A.H.C. | 360.00 | 0 | 0.00 |

## Other Charges

| Charge Type | Amount |
|---|---|
| Late Charges: | 100.00 |
| Maturity Interest: | 75.23 |

## Details

| Type | Date | Drw | Amount | Mat. Int. | SimInt. | Late Ch. | Ret. Ck. | Legal | To Bal. | Balance | Rev | ToDF.Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BR | 02/17/2023 | 2 | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,350.00 | $1,350.00 | N | $0.00 |
| WO | 07/31/2023 | 13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,350.00 | N | $0.00 |



## Transcript 1

*see exhibit N*

**S1:** I can't find it.

**S2:** I mean, it's charged off a couple of years ago, so I am--

**S1:** Couple of years? It's about a year.

**S2:** I mean, you know, last year.

**S1:** Okay, but I just want-- Like I said, I don't have got the email, so basically it was $1,350 and I owe $1,525 on it. What amount did it charge off at? $1,350?

**S2:** $1,350.

**S1:** The $1,350 is what it charged off at. Okay.

**S2:** Yeah, that was your total.

**S1:** That's what I owe.

**S2:** I mean, you had a late fee, of course.

**S1:** Right.

**S2:** So, it charges off after the 5th month.

**S1:** Okay.

**S2:** So, for sure, you had $10 once a month, so that was $50, and then whatever the maturity interest was at that time.

**S1:** Okay, I just want to, you know, get the exact amount that I owed when they closed. That's all I want to--

## Transcript 2

**S1:** I don't want to be inaccurate because I didn't have a document. You see what I'm saying?

**S2:** Yeah.

**S1:** I don't-- Like I have to get by email.

≡    *my* Equifax™    🔔 25

| | |
|---|---|
| **Account Type** | INSTALLMENT |
| **Creditor Classification** | |
| **Loan Type** | NOTE_LOAN |
| **Original Creditor Name** | |
| **Months Reviewed** | 8 |
| **Activity Designator** | PAID |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | 10 MONTHS |
| **Purchased From** | |
| **Sold To** | |

## Balance and Amounts

| | |
|---|---|
| **Balance** | $0 |
| **Credit Limit** | |
| **High Credit** | $900 |
| **Available Credit** | |

## Account Dates

| | |
|---|---|
| **Date Opened** | Aug 16, 2022 |
| **Date Reported** | Apr 09, 2024 |
| **Date of Last Activity** | |
| **Date of First Delinquency** | |

# SOUTH

Last reported Apr 09, 2024

## $1,350
Reported balance

*Exhibit P*

**Highest balance**                                  **$1,350**

You've paid off 0% of this loan

OVERVIEW

Highest balance                                  **$1,350**

Monthly payment                                  --

Opened                      **Feb 17, 2023 (1 yrs, 1 mos)**

 **Consumer Financial Protection Bureau**

**Start a new complaint**

(https://www.consumerfinance.gov/)

‹ All complaints (.)

## 240412-13937178

**CLOSED**

 **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 4/12/2024 | Payday loan, title loan, personal loan, or advance loan | Problem with the payoff process at the end of the loan |



### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I reached out to Texan credit march 19 to ask for the balance and agreement loan to see what's owed, it was refused. The balance concerns me, I went in person April 8th , the manager Rebecca refused to give me the paperwork of the installment agreement of what I owed. The paper she gave me is not the installment agreement , she made up an amount and gave it to me.

View full complaint ⊕



April 15, 2024

Re: CFPB Complaint #240412-13937178 – Patricia Davidson

Patricia Davidson,

Texan Credit Corporation (TCC) has investigated a complaint associated with the above referenced account that it received through the CFPB's customer complaint program on April 15, 2024. TCC has confirmed your account from February 17, 2023, and has confirmed the balance due.  Per your request TCC has enclosed a copy of your installment agreement (loan contract dated 2/17/23).

If you have any other questions or concerns, please do not hesitate to contact us (936) 254-1900 ext. 203.

Respectfully,

Sean Baumgartner
President

exhiBit
R

**TEXAN CREDIT CORPORATION**
PO Box 130 • Timpson, TX 75975
Phone (936) 254-1900 • Fax (936) 254-1901

99615000 / 10L5Mz4z/tz760000CVd3G LZ0-Z009 93330 161000000

| Descriptions | | |
|---|---|---|
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0704 The results are:** THE BALANCE OF THIS ITEM HAS BEEN UPDATED. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *PAST DUE *HIGH CREDIT *DATE OF MAJOR DELINQUENCY 1ST REPORTED. If you have additional questions about this item please contact: **TCC FORT W. 2901 ALTA MERE DR, FORT WORTH, TX 76116-4100**

**TCC FORT WORTH SOUTH, 2901 ALTA MERE DR FORT WORTH TX 76116-4100 Phone: (877) 920-1483**

| Account Number *0704 | Date Opened 02/17/2023 | Date of Last Payment | Credit Limit | Date of 1st Delinquency 04/2023 | Date Maj Del 1st Rptd 04/2023 | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 04/09/2024 | High Credit $1,350 | | Scheduled Payment Amount $900 | Terms Duration 10 Months | Months Revd 12 | | |
| Balance Amount $1,350 | | Actual Payment Amount | | | Activity Designator | Deferred Pay Start Date | Balloon Pay Date |
| Amount Past Due $1,525 | Type of Account | Type of Loan | Terms Frequency Monthly | Date of Last Activity 04/2023 | | Balloon Pay Amount | |
| Status Charge Off | Installment | Note Loan | | Whose Account Individual Account | Portfolio Indicator | Charge Off Amount | Portfolio Status |

**ADDITIONAL INFORMATION:**
A Temporary Update Freeze On File

**Charged Off Account**

**Account History with Status Codes**

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |

| | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 $1,400 | L | L | L | L | L | L | L | L | L | L |
| 02/24 $1,400 | | | | | | | | | | |
| 01/24 $1,400 | | | | | | | | | | |
| 12/23 $1,400 | | | | | | | | | | |
| 11/23 $1,400 | | | | | | | | | | |
| 10/23 $1,400 | | | | $900 | | $1,015 | Note Loan | | | |
| 09/23 $1,370 | | | $900 | $900 | $1,015 | $1,015 | Note Loan | Note Loan | | |
| | | $900 | $900 | | $1,015 | Note Loan | | | | |
| | $900 | $900 | $900 | $1,015 | $1,015 | Note Loan | Note Loan | Note Loan | | |
| | | | | | | | | | | $900 |
| | | | | | | | | | | $870 |
| | | | | | | | | | | Note Loan |

4095531160-MNH-0d3b0103000002be-04092024

(End of Report)
00001565-DISC

*Exhibit Q*

‹  **Patricia, an important update on yo...**    AA

To patricia_davidson@yahoo.com
Apr 21 at 10:21 PM ∨





# We're unable to approve your request

### Your reference number: 270573078

Don't worry, Patricia. This decision did not affect your credit score.

Capital One **isn't able to pre-qualify you at this time**. We'll send a letter in the next 7-10 business days explaining why.

While Capital One can't offer you financing today, **you can still use Capital One Auto Navigator** to find a car you love. You can even connect with the dealer to explore other financing options that may work for you.



🗑  ↩  ⇨  ⬆  •••
Delete  Reply  Forward  Move  More

We found **12 changes** to your Equifax credit report



Credit score

## -19 points

since Apr 11, 2024

# Payment History Changed (Positive)

*Exhibit 5*

### Your TCC FORT WORTH SOUTH payment history has changed ⌃

Your account payment history was updated. Here's what changed:

Feb 2023 - Current
Apr 2023 - 30 Days Late
May 2023 - 60 Days Late
Jun 2023 - 90 Days Late
Jul 2023 - Charged Off
Feb 2024 - Unknown

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patricia A. Davidson

## DEFENDANTS
Texan Credit Corporation

**(b)** County of Residence of First Listed Plaintiff  Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Harris county
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

4-24CV-524-P

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[x] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[x] 1  Original Proceeding
[ ] 2  Removed from State Court
[ ] 3  Remanded from Appellate Court
[ ] 4  Reinstated or Reopened
[ ] 5  Transferred from Another District *(specify)*
[ ] 6  Multidistrict Litigation - Transfer
[ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Plaintiff Alleges violation of the Fair Credit Reporting Act 15 U.S.C 1681 (o) due to negliegnt compliance

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  05/30/2024
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____